UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

VICTOR DEMERY                           CIVIL ACTION NO. 23-573-P

VERSUS                                  JUDGE S. MAURICE HICKS, JR.

LUKE MITCHELL, ET AL.                   MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections[1] filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint seeking monetary damages and declaratory relief for his allegedly unconstitutional conviction and sentence be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 24th day of July, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Out of an abundance of caution, the Court construed Plaintiff's letters and grievances as objections. See Record Documents 11, 13, and 14. However, if Plaintiff is seeking to pursue legal remedies in relation to his allegations involving legal mail, then he should file a new legal action because such claims can not be appropriately raised in the instant civil rights action seeking monetary damages and declaratory relief for his allegedly unconstitutional conviction and sentence.